FILED

FEB 14 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; et al.,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>ROB BONTA, in his official capacity as the Attorney General of the State of California; et al.,<br><br>Defendants-Appellants. | No. 20-15291<br><br>D.C. No. 2:19-cv-02456-KJM-DB<br>Eastern District of California, Sacramento<br><br>ORDER |

Before: LUCERO,* W. FLETCHER, and IKUTA, Circuit Judges.

On December 15, 2021, the Supreme Court granted the petition for a writ of certiorari in *Viking River Cruises, Inc. v. Moriana*, 142 S. Ct. 734 (2021) (mem.). A majority of the panel agrees that consideration of appellees' petition for rehearing en banc shall be deferred until *Viking River Cruises, Inc. v. Moriana* is decided. Judge Ikuta votes against deferring consideration of the petition for rehearing en banc until the Supreme Court resolves *Viking River Cruises, Inc. v. Moriana* because that case does not raise issues relevant to this appeal.

---

* The Honorable Carlos F. Lucero, United States Circuit Judge for the U.S. Court of Appeals for the Tenth Circuit, sitting by designation.

Appellees' motion for leave to file a reply in support of petition for rehearing en banc (Dkt. No. 59) is GRANTED.