UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 09 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; et al.,<br><br>      Plaintiffs - Appellees,<br><br> v.<br><br>ROB BONTA, in his official capacity as the Attorney General of the State of California; et al.,<br><br>      Defendants - Appellants. | No. 20-15291<br><br>D.C. No. 2:19-cv-02456-KJM-DB<br>U.S. District Court for Eastern California, Sacramento<br><br>**MANDATE** |

The judgment of this Court, entered February 15, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Bonnie J. Kates
Deputy Clerk
Ninth Circuit Rule 27-7